**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**CHICAGO DIVISION**

| | |
|---|---|
| In re: | : |
| | : |
| Kathy Briggs | : Case No.: 19-10630 |
| Michael E Smith | : Chapter 13 |
| | : Judge A. Benjamin Goldgar |
| Debtor. | : * * * * * * * * * * * * * * * * * * * * |
| | : |

## NOTICE OF MOTION

**Notified via Electronic Filing**

U.S. Trustee, Patrick S. Layng
Office of the United States Trustee, Region 11
219 S. Dearborn Street, Room 873
Chicago, IL 60604

Glenn B. Stearns
801 Warrenville Road Suite 650
Lisle, IL  60532
mcguckin_m@lislel3.com

David M Siegel
Attorney for Kathy Briggs and Michael E Smith
David M. Siegel & Associates
790 Chaddick Drive
Wheeling, IL  60090
davidsiegelbk@gmail.com

**Notified via US Postal Service**

Kathy BriggsMichael E Smith
619 N. Elmwood Ave
Waukegan, IL  60085

Kathy Briggs
Michael E Smith
619 N. Elmwood Ave.
Waukegan, IL  60085

19-014321_LMS1

Springleaf
Po Box 1010
Evansville, IN  47706

Please take notice that on August 6, 2019, at 9:30a.m., or as soon thereafter as I may be heard, I shall appear before the Honorable Judge A. Benjamin Goldgar, Park City Branch Court, 301 S. Greenleaf Avenue, Courtroom 642, Park City, IL, 60085 or before any other Bankruptcy Judge who may be presiding in his/her place and stead and shall then and there present the accompanying motion.  At that time and place you may attend if you so choose.

## AFFIDAVIT OF SERVICE

The undersigned, an attorney, hereby certifies that I have served a copy of this Notice along with the attached motion upon the parties listed above, by causing same to be mailed in a properly addressed envelope, postage prepaid, on 25th day of July, 2019, unless a copy was provided electronically by the Clerk of the Court.

Date  July 25, 2019

/s/ Umair Malik

Signature

19-014321_LMS1

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a copy of the foregoing Notice of Motion was served on the parties listed below via e-mail notification:

U.S. Trustee, Patrick S. Layng, Office of the United States Trustee, Region 11, 219 S. Dearborn Street, Room 873, Chicago, IL 60604

Glenn B. Stearns, 801 Warrenville Road Suite 650, Lisle, IL  60532, mcguckin_m@lislel3.com

David M Siegel, Attorney for  Kathy Briggs and Michael E Smith, David M. Siegel & Associates, 790 Chaddick Drive, Wheeling, IL  60090, davidsiegelbk@gmail.com

The below listed parties were served via regular U.S. Mail, postage prepaid, on July  25 , 2019:

Kathy Briggs and Michael E Smith, 619 N. Elmwood Ave, Waukegan, IL  60085

Kathy Briggs and Michael E Smith, 619 N. Elmwood Ave., Waukegan, IL 60085

Springleaf, Po Box 1010, Evansville, IN  47706

/s/ Umair Malik

19-014321_LMS1

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**CHICAGO DIVISION**

| | : | |
|---|---|---|
| **In re:** | : | |
| | : | |
| **Kathy Briggs** | : | **Case No.:  19-10630** |
| **Michael E Smith** | : | **Chapter 13** |
| | : | **Judge A. Benjamin Goldgar** |
| **Debtor.** | : | * * * * * * * * * * * * * * * * * * * * * |
| | : | |

**MOTION FOR RELIEF FROM THE AUTOMATIC STAY (FIRST MORTGAGE)**

Deutsche Bank National Trust Company, as Indenture Trustee, on behalf of the holders of the Accredited Mortgage Loan Trust 2004-1 Asset Backed Notes ("Creditor"), hereby moves the Court ("Motion"), pursuant to 11 U.S.C. § 362(d) to lift the automatic stay as to real property commonly referred to as 619 N. Elmwood Ave., Waukegan, IL 60085 ("Property"). In support of the Motion, the Movant states the following:

1. This Court has jurisdiction pursuant to 28 U.S.C. §§ 157 and 1334 and General Rule 2.33 of the United States District Court for the Northern District of Illinois. This is a core proceeding under 28 U.S.C. § 157(b)(2). The venue of this case and this Motion are proper under 28 U.S.C. § 1408 and 1409.

2. Kathy Briggs and Michael E Smith ("Debtors") filed a Chapter 13 case on April 12, 2019, ("Petition Date").

3. As of the Petition Date, the Movant was the holder of a claim secured by the Property, more particularly described in the mortgage ("Mortgage"), a copy of which is attached as Exhibit "A".

19-014321_LMS1

4. The above described Mortgage was given to secure a promissory note, ("Note"), dated December 11, 2003 and made payable to the Movant in the original sum of $157,500.00. A copy of the Note is attached hereto as Exhibit "B".

5. The Movant perfected an interest in the Property, more particularly described in the Mortgage, recorded in the Lake County Recorder's Office on March 11, 2004. Evidence of perfection is attached as Exhibit "A".

6. The loan was modified as set forth in the Loan Modification Agreement attached as Exhibit "C".

7. Select Portfolio Servicing, Inc. services the loan on the property referenced in this Motion. In the event the automatic stay in this case is modified, this case dismisses, and/or the debtor obtains a discharge and a foreclosure action is commenced on the mortgaged property, the foreclosure will be conducted in the name of Deutsche Bank National Trust Company, as Indenture Trustee, on behalf of the holders of the Accredited Mortgage Loan Trust 2004-1 Asset Backed Notes "Noteholder." Noteholder, directly or through an agent, has possession of the promissory note. The promissory note is either made payable to Noteholder or has been duly endorsed. Noteholder is the original mortgagee or beneficiary or the assignee of the security instrument for the referenced loan.

8. As of July 12, 2019, the outstanding principal of the Note was $141,636.83 and the outstanding interest was $25,769.26.

9. The Debtor is in default post-petition. No post-petition payments have been made, therefore, a payment history is not attached.

19-014321_LMS1

10. Said failure to make post petition mortgage payments constitutes sufficient grounds for relief from the automatic stay for cause pursuant to 11 U.S.C. §362(d)(1);

11. The Property is of inconsequential value and benefit to the estate. Cause exists to lift the automatic stay under 11 U.S.C. § 362(d)(1) and/or 362(d)(2) for these reasons:

   a. Debtor has no equity in the Property and the Property is not needed by the Debtor for its reorganization. Movant believes that the Property has a value of $37,692.00 based on the Assessor's Value, which is attached hereto as Exhibit "D". The estimated principal balance is $141,636.83 with additional interest estimated at $25,769.26, escrow advance of $15,275.09, foreclosure fees/costs at $5,286.01 and NSF fees in the amount of $25.00 totaling a secured claim of approximately $187,992.19. After the costs of sale and payment of all liens on the Property, there will be effectively no equity in this Property. Based upon the lack of equity in the Property, Movant asserts that the Property is burdensome and/or of inconsequential value and benefit to the estate.

   b. The Movant is not being adequately protected. Per the Note and Mortgage, payments are applied to the last month due. Based on the foregoing, Debtor has failed to make periodic payments to Creditor since May 1, 2019, which unpaid payments are in the aggregate amount of $4,428.93 through July 1, 2019. As of July 12, 2019, Debtor was to have made 3 post petition payments. No payments have been made by Debtor since the filing of the petition. Debtor is delinquent 3 post petition payments.

12. The Movant requests that the Court order that Rule 4001(a)(3) is not applicable.

19-014321_LMS1

WHEREFORE, the Creditor prays for the entry of the attached Order Granting Relief from the Automatic Stay and the Trustee is hereby directed to halt disbursements to Creditor upon the filing of the Order Granting Relief from the Automatic Stay.

Respectfully submitted,

/s/ Umair Malik

Umair M. Malik (6304888)
Todd J. Ruchman (6271827)
Keith Levy (6279243)
Sarah E. Barngrover (28840-64)
Adam B. Hall (0088234)
Edward H. Cahill (0088985)
Manley Deas Kochalski LLC
P.O. Box 165028
Columbus OH  43216-5028
614-220-5611; Fax: 614-627-8181
Attorneys for Creditor
The case attorney for this file is Umair M. Malik.
Contact email is ummalik@manleydeas.com

19-014321_LMS1

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing Motion for Relief from the Automatic Stay (First Mortgage) was served on the parties listed below via e-mail notification:

U.S. Trustee, Patrick S Layng, Office of the United States Trustee, Region 11, 219 S Dearborn St, Room 873, Chicago, IL 60604

Glenn B Stearns, 801 Warrenville Road Suite 650, Lisle, IL  60532, mcguckin_m@lisl3.com

David M Siegel, Attorney for  Kathy Briggs and Michael E Smith, David M. Siegel & Associates, 790 Chaddick Drive, Wheeling, IL  60090, davidsiegelbk@gmail.com

The below listed parties were served via regular U.S. Mail, postage prepaid, on July 25, 2019:

Kathy Briggs and Michael E Smith, 619 N. Elmwood Ave, Waukegan, IL  60085

Kathy Briggs and Michael E Smith, 619 N. Elmwood Ave., Waukegan, IL 60085

Springleaf, Po Box 1010, Evansville, IN  47706

/s/ Umair Malik

19-014321_LMS1