**REQUIRED STATEMENT
TO ACCOMPANY MOTIONS FOR RELIEF FROM STAY**

All Cases: Debtor(s) <u>Kathy Briggs</u>　　　　　　　Case No.: <u>19-10630</u>　　　　Chapter: <u>13</u>
<u>Michael E Smith</u>

All Cases: Moving Creditor: <u>Deutsche Bank National Trust Company, as Indenture Trustee, on behalf of the holders of the Accredited Mortgage Loan Trust 2004-1 Asset Backed Notes</u>　　Date Case Filed: <u>April 12, 2019</u>

Nature of Relief Sought　☒ Lift Stay　☐ Annul Stay　☐ Other (describe) _____

Chapter 13:　Date Plan Confirmed <u>06/28/2019</u>

Chapter 7:　☐ No-Asset Report filed on _____
　　　　　　☐ No-Asset Report not filed. Date of Creditor's Meeting: _____

1. Collateral

    a. ☒ Home  619 N. Elmwood Ave., Waukegan, IL 60085
    b. ☐ Car Year, Make, and Model _____
    c. ☐ Other (describe) _____

2. Balance Owed as of July 12, 2019: $<u>187,992.19</u>
   Total of all other Liens against Collateral: $<u>23,850.00</u>

3. In chapter 13 cases, if a post-petition default is asserted in the motion, attach a payment history listing the amounts and dates of all payments received from the debtor(s) post-petition:

4. Estimated Value of Collateral (must be supplied in all cases) $<u>37,692.00, the Assessor's Value</u>

5. Default

    a. ☐ Pre-Petition Default
       Number of months _____　　Amount $_____

    b. ☒ Post-Petition Default
       i. ☒ On direct payments to the moving creditor
       Number of months <u>  3  </u>　　Amount $<u>4,428.93</u>

       ii. ☐ On payments to the Standing Chapter 13 Trustee
       Number of months _____　　Amount $_____

6. Other Allegations

    a. ☒ Lack of Adequate Protection 11 U.S.C. §362(d)(1)

        i.   ☐ No insurance
        ii.  ☐ Taxes unpaid Amount $ _____
        iii. ☐ Rapidly depreciating asset
        iv.  ☐ Other _____

    b. ☒ No Equity and Not Necessary for an Effective Reorganization 11 U.S.C. §362(d)(2)

    c. ☐ Other "Cause" 11 U.S.C. §362(d)(1)

        v.   ☐ Bad Faith (describe) _____
        vi.  ☐ Multiple filings
        vii. ☐ Other (describe) _____

    d. Debtor's Statement of Intention regarding the Collateral

19-014321_LMS1

viii. ☐ Reaffirm    ix. ☐ Redeem    x. ☐ Surrender    xi. ☒ No Statement of Intentions Filed

Date: July 25, 2019

Respectfully submitted,

/s/ Umair Malik

Umair M. Malik (6304888)
Todd J. Ruchman (6271827)
Keith Levy (6279243)
Sarah E. Barngrover (28840-64)
Adam B. Hall (0088234)
Edward H. Cahill (0088985)
Manley Deas Kochalski LLC
P.O. Box 165028
Columbus OH  43216-5028
614-220-5611; Fax: 614-627-8181
Attorneys for Creditor
The case attorney for this file is Umair M. Malik.
Contact email is ummalik@manleydeas.com

(Rev. 12/21/09)

19-014321_LMS1